**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| SHANE KASPER, | § | |
| | § | |
| | § | |
| *versus* | § | NO. 1:26-CV-00259-MAC-ZJH |
| | § | |
| | § | |
| CITY OF GROVES, TEXAS, JEFFERSON | § | |
| COUNTY, TEXAS, DON PEDRAZA, | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On June 23, 2026, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge. On August 10, 2026, Judge Hawthorn held a Rule 16 Case Management Conference. However, Plaintiff Shane Kasper ("Kasper") failed to appear. On August 10, 2026, Judge Hawthorn issued a Report and Recommendation, which recommended dismissing Kasper's claims for want of prosecution under Federal Rule of Civil Procedure 41(b). (#5).

The court has reviewed Judge Hawthorn's Report and Recommendation (#5) along with the record, pleadings, and all available evidence. The court finds Judge Hawthorn's findings of fact and conclusions of law to be correct. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore **ORDERED** that Judge Hawthorn's Report and Recommendation (#5) dismissing Kasper's claims for want of prosecution is **ADOPTED**.

SIGNED at Beaumont, Texas, this 21st day of October, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE